P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>BIG SKY INVESTMENT HOSPITALITY INC.,<br><br>Defendant. | Case No: 5:20-cv-02435-JWH-KK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties stipulate to dismiss the above case with prejudice; each party to bear their own costs and fees.

RESPECTFULLY SUBMITTED this 15th day of July, 2021.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff


/s/ Philip Stillman
Philip Stillman
Attorneys for Defendant