1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BIG SKY INVESTMENT HOSPITALITY INC.,<br><br>　　　　　Defendant. | Case No: 5:20-cv-02435-JWH-KKx<br><br>**ORDER** |

1     Upon Joint Motion and good cause shown,

2     IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(2) of the Federal

3 Rules of Civil Procedure, the above case is **DISMISSED with prejudice**; with

4 each party to bear their own fees and costs.

5     **IT IS SO ORDERED.**

7     DATED this 16th day of July, 2021.

                              John W. Holcomb
                              Judge of the U.S. District Court